UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA ENRIQUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC,<br><br>   Defendant. | Case No. 1:21-cv-01794 |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, LAURA ENRIQUEZ, voluntarily dismisses Defendant, ATLANTIC RECOVERY SOLUTIONS, LLC, without prejudice from this action with each party to bear its own attorney's fees and costs. This notice of voluntary dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: May 12, 2021                    Respectfully submitted,

**LAURA ENRIQUEZ**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com

1