# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAURA ENRIQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 1:21-cv-01794 |

## NOTICE OF WITHDRAWAL

**NOW COMES** LAURA ENRIQUEZ ("Plaintiff"), through undersigned counsel, notifying all parties the Notice of Voluntary Dismissal [Dkt. #7] is filed in error; accordingly, is withdrawn.

DATED: May 12, 2021

Respectfully submitted,

**LAURA ENRIQUEZ**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com