# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAURA ENRIQUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC,<br><br>   Defendant. | Case No. 1:21-cv-01794 |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, LAURA ENRIQUEZ, and Defendant, ATLANTIC RECOVERY SOLUTIONS, LLC, have reached a settlement in the above-captioned matter. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed dismissal of the entire action will be filed.

DATED: May 17, 2021

Respectfully submitted,

**LAURA ENRIQUEZ**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com