# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Laura Enriquez

                          Plaintiff,

v.                                                 Case No.: 1:21−cv−01794
                                                          Honorable John Robert Blakey

Atlantic Recovery Solutions, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 23, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's notice of voluntary dismissal [13], this case is hereby dismissed with prejudice under Rule 41(a). Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.